IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
:
       Plaintiff,
:
  vs.                              Case No.  3:00cr092(8)
:
JASON WALKER,
                                JUDGE WALTER HERBERT RICE
:
       Defendant.

-----------------------------------------------------------------------------------------------------------

JASON WALKER,
:
       Petitioner,
:
  vs.                              Case No. 3:04cv281
:
UNITED STATES OF AMERICA,
:
                                JUDGE WALTER HERBERT RICE
:
       Respondent.

DECISION AND ENTRY ADOPTING UNOBJECTED TO SUBSTITUTE REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE (DOC. #987) ON MOTION TO ALTER OR AMEND JUDGMENT (DOC. #982); TERMINATION ENTRY

Pursuant to the reasoning and citations of authority set forth by the United States Magistrate Judge in his unobjected to Substitute Report and

Recommendations (Doc. #987) on Petitioner's Motion to Alter or Amend the Judgment (Doc. #982), as well as upon a thorough review of this Court's file and the applicable law, this Court adopts the unobjected to Substitute Report and Recommendations of the United States Magistrate Judge (Doc. #987) and, in so doing, overrules the Defendant's Motion to Alter or Amend Judgment, filed pursuant to Fed. R. Civ. P. 59(e) (Doc. #982).  Judgment will be entered accordingly in favor of the Government and against Defendant-Petitioner herein on both the captioned causes.

       The captioned causes are hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

                                    /s/ Walter Herbert Rice

February 22, 2007                WALTER HERBERT RICE, JUDGE
                                        UNITED STATES DISTRICT COURT

Copies mailed to:

Jason Walker, Pro Se Petitioner
Vipal Patel, Esq.